IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER SHORTER,

    Plaintiff,

v.                        Case No. 4:19cv143-MW/HTC

UNITED STATES OF AMERICA,
LT. BITTNER, Special Investigative
Supervisor, MD/CCHP CARL SCEUSA,
and PREA Compliance Manager/UNKNOWN,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 26, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 27. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendants' Motion to Transfer Case to the District of New Jersey, ECF No. 24, is **GRANTED**. The Clerk shall effectuate the transfer of this case to the U. S. District Court for the District of New Jersey." The Clerk shall close the file.

**SO ORDERED on August 12, 2019.**

                                            **s/ MARK E. WALKER**
                                            **Chief United States District Judge**